UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALVARO CHAVEZ,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C11-1886-RSL

ORDER OF TRANSFER

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus is TRANSFERRED to the Eastern District of North Carolina;

(3) The *in forma pauperis* ("IFP") deficiency notice is STRICKEN so that petitioner may reapply for IFP status in the Eastern District of North Carolina; and

///

///

ORDER OF TRANSFER - 1

(4) The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge James P. Donohue.

DATED this 24th day of January, 2012.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF TRANSFER - 2